UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA      CASE NO. 07-mj-0003 CMK

vs.      ORDER TO PAY

Harvey Dean Virgin

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

| Count | Fine | Assessment |
|---|---|---|
| Count I | $150.00 | $25.00 |
| Count II | $ | $ |
| Count III | $ | $ |
| Count IV | $ | $ |
| Count V | $ | $ |

[X] FINE TOTAL OF $ 150.00 and a penalty assessment of $ 25.00 ~~within~~ by 5-1-07 days/months or payments of $ _____ per month commencing _____ and due on the _____ day of each month until paid in full.

( ) RESTITUTION OF $ _____.

( ) PROBATION to be unsupervised for a period of _____. Probation to terminate upon payment in full of all financial conditions imposed hereunder.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to Clerk, USDC, 501 I Street, Sacramento, CA 95814.

Your check or money order must indicate your <u>name</u> and <u>case number</u>.

Dated: 3-20-07

Craig M. Kellison
U.S. Magistrate Judge